CASE 2—INDICTMENT—JUNE 23.

# Commonwealth vs. Brooks.

APPEAL FROM THE WEBSTER CIRCUIT COURT.

An indictment charging the defendant with having taken a mare, the property of R., "in his presence, and against his will, by putting him in fear of some immediate injury to his person," contains facts sufficient to constitute robbery at common law.

J. M. HARLAN, Attorney General, for Commonwealth, cited *Wharton's Crim. Law*, 629.

CISSELL & VANCE, for appellee, cited 2 *Bish. Crim. Law, sec.* 966; *Wharton's Crim. Law, sec.* 285; 2 *B. Mon.*, 249; *Crim. Code, secs.* 121, 123, 128.

CHIEF JUSTICE DUVALL DELIVERED THE OPINION OF THE COURT:

We are not informed, either from the record, or from any suggestions of counsel, of the objections to which this indictment is supposed to be liable.

We think the indictment is sufficient. It charges the defendant with having feloniously taken a mare, the property of

William Rayburn, "in his presence, and against his will, by putting him in fear of some immediate injury to his person." The facts thus stated are all that are material or necessary to constitute the crime of robbery, as defined by the common law.

The judgment of the court below sustaining a demurrer to the indictment is therefore reversed, and the cause remanded for further proceedings.